UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES KLEIN and STACY JOHNSON-KLEIN,<br><br>Plaintiffs,<br><br>v.<br><br>DOWNTOWN RESTAURANT GROUP, LLC; THE GRIFFIN NIGHTCLUB; RSNYC, LLC; ADAM HOCK; CHRISTOPHER REDA; ANTHONY DIFUILO; JOHN PIZZIRUSSO; JOHN DOES #1-5; ALL SEASON PROTECTION OF NY, LLC; AND ALL SEASON PROTECTION SERVICES, INC.,<br><br>Defendants. | 10 Civ. 9245 (LTS) (THK) (ECF)<br><br>**STIPULATION TO DISMISS PURSUANT TO FRCP 41(a)(1)(ii)** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Charles and Stacy Klein hereby dismiss the above-captioned action with prejudice. Each party to this Stipulation will bear its own costs and attorneys' fees incurred in this litigation. The parties further stipulate and agree that this Stipulation may be executed in counterparts, and execution by facsimile shall be deemed proper execution of this stipulation.

Dated: New York, NY
       May 25, 2011

EMERY CELLI BRINCKERHOFF & ABADY LLP

By: *(signed)*
Richard D. Emery, Esq.
Eisha Jain, Esq.

75 Rockefeller Plaza, 20th Floor
New York, NY 10019
212-763-5000
*Attorneys for Charles & Stacey Johnson Klein*

CONWAY, FARRELL, CURTIN & KELLY

By: *(signed)*
Gail M. Kelly, Esq.

48 Wall Street, 20th Floor
New York, NY 10005
212-785-2929
*Attorney for All Season Protection of NY, LLC*

HAVKINS ROSENFELD RITZERT & VARRIALE, LLP

By: *(signed)*
Steve Rosenfeld, Esq.
Gregg Scharaga, Esq.

1065 Avenue of the Americas, 8th Floor
New York, NY 10018
212-488-1598
*Attorneys for Downtown Restaurant Group, LLC, Griffin Nightclub, RSNYC, LLC, Adam Hock, and Christopher Reda*